| PROB 22<br>(Rev. 2/88)<br><br>**TRANSFER OF JURISDICTION** | **FILED**<br>CLERK, U.S. DISTRICT COURT<br>10/20/2023<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___ TV ___ DEPUTY | DOCKET NUMBER *(Tran. Court)*<br>1:19-CR-10036-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>**2:23-cr-00516 -HDV** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Western District of TN | DIVISION<br>Jackson |
|---|---|---|
| Michael Peterson<br>Sun Valley, California 91352 | NAME OF SENTENCING JUDGE<br>Honorable J. Daniel Breen, U.S. District Court Judge | |

| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>01/06/2023 | TO<br>01/05/2026 |
|---|---|---|---|

**OFFENSE**

Conspiracy to Possess with Intent to Distribute Cocaine; Conspiracy to Possess with Intent to Distribute Marijuana

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Western    DISTRICT OF    Tennessee

     IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the    Central District of California    upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 10/10/2023 | **s/ J. DANIEL BREEN** |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Central    DISTRICT OF    California

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| October 20, 2023 | |
|---|---|
| *Effective Date* | *United States District Judge* |